[Docket Nos. 40, 41, 42, 43, 44, and 45]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**CAMDEN VICINAGE**

|                                   |                              |
| --------------------------------- | ---------------------------- |
| ARELIA MARGARITA TAVERAS,         |                              |
| Plaintiff,                        | Civil No. 07-4555 (RMB)      |
| v.                                |                              |
| RESORTS INTERNATIONAL HOTEL,      | **ORDER**                    |
| INC., et al.,                     |                              |
| Defendants.                       |                              |

For the reasons set forth in the **OPINION** issued this date,

IT IS HEREBY **ORDERED** that the motion of Defendant Bally's
Park Place, Inc., Atlantic City Showboat, Inc., and Harrah's
Entertainment, Inc. to Dismiss the Amended Complaint for Lack of
Personal Jurisdiction is **GRANTED** [Docket No. 40]; and

IT IS FURTHER **ORDERED** that the motions of all Defendants to
Dismiss for Failure to State a Claim Upon Which Relief May Be
Granted is **GRANTED**, and thus the case as to all Defendants shall

1

be **DISMISSED WITH PREJUDICE** [Docket Nos. 41, 42, 44, 45]; and

IT IS FURTHER **ORDERED** that the Motion of Defendants Colony Capital, LLC and Sun International Hotels Limited to Dismiss the Amended Complaint for Failure to Comply with Federal Rule of Civil Procedure 8(a) is **DISMISSED** as moot [Docket No. 43]; and

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to **CLOSE** this file.

Dated: <u>September 19, 2008</u>        <u>s/Renée Marie Bumb</u>
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE