# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ARELINA MARGARITA TAVERAS

              Plaintiff,

    v.

RESORTS INT'L et al

             Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: **07-4555-RMB**

**APPEAL**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED

☒ DENIED, for the following reasons:

*Clerk of the Court is directed to provide Plaintiff with the form used by the District of New Jersey.*

ENTERED this __27th__ day of __October__, 2008

/s/ Renee Marie Bumb

Hon. Renee Marie Bumb, USDCJ

Dated:

Camden, New Jersey