**ARELIA M. TAVERAS**
**38-10 99TH. STREET**
**CORONA, NY 11368**
**(612) 232-2745**

RECEIVED ... CLERK

2008 NOV 18 A 11: 23

UNITED STATES
DISTRICT COURT

October 23, 2008

Honorable Garret Brown
Chief Justice/ District Court
United States District Court
4th. And Cooper Street Room 1050
Camden, NJ 08101

Re: Taveras V. Resorts, et al
    Docket No.: 07-4555

Honorable Judge Brown:

Please be advised that as of October 10, 2008, I have been remanded to the Riker's Island Correctional Facility in New York. Prior to that dated, I was a resident of the state of Minnesota.

I write this letter to apprise this court of the current state of affairs and to request the following:

1) With reference to my motion recuse and set aside Judge Renee Bumb's decision on September 22, 2008, I am requesting a delayed decision on the matter until November 30, 2008, at which time I should be able to make sure service and responses to this motion have been properly processed and filed with this honorable court.
2) With reference to my Notice to Appeal timely filed with this court, I ask that any service requirements on the parties be extended to November 30th, 2008, at which time I will be able to serve parties accordingly.
3) Any and all motions, decisions, or any matter pertaining to this case be adjourned until after November 30, 2008.

I respectfully request that this court delay any future rulings until November 30, 2008, and correct my new mailing information to the above captioned address.

Very Truly Yours,

*[signature]*
Arelia Taveras

Amelia M. Tiburcias
35-10 99 St
Corona, NY 11368

QUEENS NY 115
13 NOV 2008 PM 4 T

United States
District Court
4th & Cooper St
Room 1050
Camden, NJ 08101